■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN K. TRAVIS, Appellant. (Appeal No. 2.) [65 NYS3d 825]— Appeal from a judgment of the Monroe County Court (Victoria M. Argento, J.), rendered May 1, 2014. The judgment, entered after a violation of probation hearing, revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Travis* ([appeal No. 1] 156 AD3d 1399 [2017]). Present—Smith, J.P., Centra, Carni, Curran and Troutman, JJ.